UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  6:12-cr-51-Orl-22TBS

WILLIAM ERIC WASHINGTON

_____

ORDER

On December 12, 2012, the Court entered its Order granting defense counsel's renewed motion to determine Defendant, Willaim Eric Washington's competency. (Doc. 38). Defendant was committed to the custody of the Attorney General for a period not to exceed 30 days for psychiatric or psychological examination at a suitable facility. (Id.) Within 15 days following the expiration of the 30 day period, the Attorney General was directed to, inter alia, cause a psychiatric or psychological report prepared by the examiner to be filed with the Court with copies to counsel for the United States and Defendant. (Id.)

Defendant was transported to the U.S. Department of Justice, Federal Bureau of Prisons, Federal Detention Center, Miami, Florida for evaluation. (Doc. 39). He arrived at the Detention Center on January 16, and on January 17, 2013, the Warden asked the Court to declare that the evaluation period commenced on January 16, 2012. (Id.) The Court granted the request and therefore, the examination period ended on February 15, 2013, and the opinion of Defendant's mental competency was due no later than March 4, 2013. (Id.)

The Court has not received the opinion of Defendant's mental competency. Now,

the Attorney General is ORDERED to comply with the Court's Orders (Docs. 38-39), including by delivering the opinion of Defendant's mental competency within 7 days from the rendition of this Order, and delivering the Defendant to this Court, without further delay.

 IT IS SO ORDERED.

 DONE AND ORDERED in Orlando, Florida, on March 7, 2013.

*/s/ Thomas B. Smith*
THOMAS B. SMITH
United States Magistrate Judge

Copies to:

 Counsel of Record
 Attorney General
 United States Marshal
 Warden W.T. Taylor